| | | |
|---|---|---|
|  Print Designation | **WESTERN DISTRICT OF TEXAS**<br>**DESIGNATION NOTIFICATION**<br>**PRESENTENCING** | Register No: 93064-380<br>Docket No.: 3:17CR01568-001 - FM<br>Name: Vallejo<br>Date Sentenced: 3/20/2018<br>Arrest Date: 8/29/2017<br>TRD: |

**DETAINEE INFORMATION**

| Full Name: Marco Vallejo | | Dist Code: TXW |
|---|---|---|
| Register No: 93064-380 | FBI No: | Alien No: |
| Charge: Fraud - False Statement | | Code: 2607 |

**DESIGNATION INFORMATION**

| Designation Loc: Florence Medium SCP | Code: FLFC |
|---|---|
| Date Designated: 4/5/2018 | Dist Code: 013 |
| Voluntary Surrender: ~~No~~ Yes | VS Date: 04/24/28 |
| Redes Reason: | |

**CURRENT LOCATION**

| Fac Name: El Paso Co Det Fac | Fac Code: 6CZ | Dist Code: 080 |
|---|---|---|

FILED 2018 APR 11 PM 4:13
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ Deputy